Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



----------------------------------------------------------x

J. ARON & COMPANY, on its own
Behalf and as Administrative Agent for the
Co-Lenders,

                    Plaintiff,

          - against -

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F.
HARNESS,

                Defendants.

----------------------------------------------------------x

Case No.:

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure ("FRCP"), and to
enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal,
the undersigned counsel for Plaintiff J. Aron & Company (a private non-governmental party)
hereby certifies that it is a New York general partnership whose general partners, The J. Aron
Corporation and J. Aron Holdings, L.P., are wholly-owned, either directly or indirectly, by The
Goldman Sachs Group, Inc.

Dated: New York, New York
       February 26, 2008

By: _____

        Howard Godnick
        Jeffery S. Sabin
        Frank J. LaSalle
        919 Third Avenue
        New York, New York  10022
        (212) 756-2000 (telephone)
        howard.godnick@srz.com
        jeffrey.sabin@srz.com
        frank.lasalle@srz.com

        *Attorneys for Plaintiff J. Aron &*
        *Company*