93490-1

## CAUSE NO. 08CV1866

| | | |
|---|---|---|
| J. ARON & COMPANY, ON ITS BEHALF AND AS ADMINISTRATIVE AGENT FOR THE CO-LENDERS | § § § § | IN THE UNITED STATES DISTRICT COURT |
| | § | OF |
| VS. | § § | _____ COUNTY, NY |
| | § § | |
| OSYKA PERMIAN, LLC OSYKA CORPORATION AND MICHAEL HARNESS | § | |

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day appeared, **MARTIN KOSZEGI**, personally before me and stated under oath as follows:

My name is **MARTIN KOSZEGI**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am an authorized private process server licensed by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

ON Friday, February 29, 2008 AT 4:05 PM - SUMMONS IN A CIVIL CASE, COMPLAINT CAME TO HAND.

ON Wednesday, March 05, 2008 AT 08:50 PM - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: MICHAEL F HARNESS, 13526 SCHUMANN TRAIL, SUGAR LAND, TX, 77478 BY PERSONAL SERVICE.

**FURTHER AFFIANT SAYETH NOT.**

_____
MARTIN KOSZEGI, Affiant

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 5th day of March, 2008.

_____
Notary Public for the State of Texas

DocID: 93490-1

JUANITA KOSZEGI
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 18, 2011

#2

≥AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

J. ARON & COMPANY, on its own Behalf and
as Administrative Agent for the Co-Lenders.

V.

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL HARNESS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1866**

**JUDGE BAER**

TO: (Name and address of Defendant)

Michael F. Harness
13526 Schumann Trail
Sugar Land, TX 77478-3495

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Godnick
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_signature_

(By) DEPUTY CLERK

FEB 26 2008

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/7/08 |
| NAME OF SERVER (PRINT) Martin J. Koszeg | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/08
           Date

Signature of Server   sch: 2529

Address of Server  3203 W. Rangecrest Pl., Sugar Land, TX 77479

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.