UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
J. ARON & COMPANY, on its own Behalf  :
and as Administrative Agent for the Co-  :
Lenders,                                                         :
                                             Plaintiff,    :      Civ. No.: 08 CV 1866

                     - against -                   :

OSYKA PERMIAN, LLC, OSYKA        :    AFFIDAVIT OF SERVICE
CORPORATION, and MICHAEL F.      :
HARNESS,                                                   :

                     Defendants.     :
----------------------------------------------------------X
STATE OF NEW YORK        )
                             ) ss.:
COUNTY OF NEW YORK  )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On February 26, 2008, deponent served the Summons in a Civil Action, Complaint, Judge Harold Baer Jr's. Individual Rules, United States District Court, Southern District of New York Guidelines for Electronic Filing, Procedures for Electronic Filing and Third Amended Instructions for Electronic Filing upon the following at the address designated for that purpose:

                Osyka Permian, LLC
                15995 N. Barkers Landing, Suite 300
                Houston, TX 77079
                Attn: Michael F. Harness

        Said service was made by depositing true copies of said documents, enclosed in a post-paid sealed wrapper, properly addressed to the above-named by Certified Mail, Return Receipt Requested and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Attached hereto and made a part of this affidavit is the original receipt for Certified Mail.

                                                                     /s/ Jeanette Ariola
                                                                    JEANETTE ARIOLA

Sworn to before me this
    day of March, 2008.

/s/ Patricia A. Botti
Notary Public

10618102.1

        PATRICIA A. BOTTI
    Notary Public, State of New York
          No. 01BO4984082
     Qualified in New York County
  Commission Expires July 15, 2011

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.16 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark Here

Sent To: Attn: Michael F. Harness
Street, Apt. No.: Osyka Permian, LLC
or PO Box No. 15995 N. Barkers Landing
City, State, ZIP+4: Houston, TX 77079  Suite 300

PS Form 3800, June 2002        See Reverse for Instructions

7005 0390 0000 7334 1035

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael F. Harness
    Osyka Permian, LLCC
    15995 N. Barkers Landing
    Suite 300
    Houston, TX  77079

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): M. Espindola
B. Date of Delivery: 2/29
C. Signature
X  [signature]
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7005 0390 0000 7334 1035

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J. ARON & COMPANY, on its own Behalf and
as Administrative Agent for the Co-Lenders,

V.

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, AND MICHAEL F. HARNESS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CV 1866

JUDGE BAER

TO: (Name and address of Defendant)

Osyka Permian, LLC
15995 N. Barkers Landing, Suite 300
Houston, TX 77079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Godnick
Schulte Roth and Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          FEB 2 6 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                    Date                    Signature of Server

                                     _____
                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.