UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J. ARON & COMPANY, on its own Behalf
and as Administrative Agent for the Co-
Lenders,

                Plaintiff,

- against -

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F.
HARNESS,

                Defendants.
------------------------------------------------------------X

Civ. No.: 08 CV 1866

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

        JEANETTE ARIOLA, being duly sworn, deposes and states:

        I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

        On February 26, 2008, deponent served the Summons in a Civil Action, Complaint, Judge Harold Baer Jr's. Individual Rules, United States District Court, Southern District of New York Guidelines for Electronic Filing, Procedures for Electronic Filing and Third Amended Instructions for Electronic Filing upon the following at the address designated for that purpose:

> Osyka Corporation
> 15995 N. Barkers Landing, Suite 300
> Houston, TX 77079
> Attn: Michael F. Harness

        Said service was made by depositing true copies of said documents, enclosed in a post-paid sealed wrapper, properly addressed to the above-named by Certified Mail, Return Receipt Requested and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York. Attached hereto and made a part of this affidavit is the original receipt for Certified Mail.

                                                      /s/ Jeanette Ariola
                                                      JEANETTE ARIOLA

Sworn to before me this
14 day of March, 2008.

/s/ Patricia A. Botti
Notary Public

10618102.1

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984082
Qualified in New York County
Commission Expires July 15, 2011

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.16 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark Here

Evan Melluzzo

7005 0390 0000 7334 1042

Sent To: Attn: Michael F. Harness
Osyka Corporation
Street, Apt. No.; or PO Box No. 15995 N. Barkers Landing,
City, State, ZIP+4 Houston, TX 77079    Suite 300

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael F. Harness
    Osyka Corporation
    15995 N. Barkers Landing
    Suite 300
    Houston, TX  77079

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
M. Espindola    2/28 FEB 2

C. Signature
X  M. Espindola    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail

2. Article Number (Copy from service label)
   7005 0390 0000 7334 1042

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J. ARON & COMPANY, on its own Behalf and
as Administrative Agent for the Co-Lenders,

V.

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F. HARNESS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1866**

**JUDGE BAER**

TO: (Name and address of Defendant)

Osyka Corporation
15995 N. Barkers Landing, Suite 300
Houston, TX 77079

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Godnick
Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _(signature)_

(By) DEPUTY CLERK

FEB 2 6 2008

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                   Signature of Server

                                    _____
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.