919 Third Avenue
New York, NY 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

RECEIVED
MAR 25 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
J. ARON & COMPANY, on its own
Behalf and as Administrative Agent for the
Co-Lenders,

               Plaintiff,

    - against -

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F.
HARNESS,

              Defendants.
----------------------------------------------------------x

Case No.:  08 CV 1866

**STIPULATION AND ORDER TO EXTEND THE TIME OF MICHAEL F. HARNESS TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff J. Aron & Company and Defendant Michael F. Harness, *pro se*, that the time for Mr. Harness to answer, move or otherwise respond to the complaint is extended up to and including April 15, 2008. There has been no prior request for an extension.

Dated: New York, New York
        March 24, 2008

SCHULTE ROTH & ZABEL LLP

_____
Howard O. Godnick
Jeffrey S. Sabin
Frank J. LaSalle
919 Third Avenue
New York, NY 10022
(212) 756-2000
howard.godnick@srz.com
jeffrey.sabin@srz.com
frank.lasalle@srz.com

*Attorneys for Plaintiff J. Aron & Company*

_____
Michael F. Harness
13526 Schumann Trail
Sugar Land, TX 77478-3495
MFHarness@osyka.com
*Defendant Pro Se*  4/17/08

PTC remains for 4/17/08

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
3/27/08

10632583.1