Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000 (telephone)
(212) 593-5955 (facsimile)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

RECEIVED
APR -- 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. ARON & COMPANY, on its own
Behalf and as Administrative Agent for the Co-
Lenders,

　　　　　　Plaintiff,

- against -

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F. HARNESS,

　　　　　　Defendants.

Case No.: 08 CV 1866 (HB)

**STIPULATION AND ORDER TO EXTEND THE TIME OF MICHAEL F. HARNESS TO MOVE, ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff J. Aron & Company and Defendant Michael F. Harness, *pro se*, that the time for Mr. Harness to answer, move or otherwise respond to the complaint is extended up to and including May 6, 2008. Mr. Harness' time to answer, move or otherwise respond to the complaint was previously extended to April 15, 2008.

Dated: New York, New York
　　　　April 11, 2008

SCHULTE ROTH & ZABEL LLP

_____
Howard O. Godnick
Jeffrey S. Sabin
Frank J. LaSalle
919 Third Avenue
New York, NY 10022
(212) 756-2000
howard.godnick@srz.com
jeffrey.sabin@srz.com
frank.lasalle@srz.com

*Attorneys for Plaintiff J. Aron & Company*

SO ORDERED:

_____
United States District Judge
Dated: April ___, 2008

10649369.1

_____
Michael F. Harness
13526 Schumann Trail
Sugar Land, TX 77478-3495
MFHarness@osyka.com

*Defendant Pro Se*

[handwritten note:] At the PTC this thursday we will discuss this problem & how their will be no more — this adjournment is allowed to May ___

SO ORDERED
_____
Harold Baer, Jr., U.S.D.J.
4/15/08