UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J. ARON & COMPANY, on its own
Behalf and as Administrative Agent for the
Co-Lenders,

              Plaintiff,

- against -

OSYKA PERMIAN, LLC, OSYKA
CORPORATION, and MICHAEL F.
HARNESS,

             Defendants.
-----------------------------------------------------------x

Case No.: 08 CV 1866

Hon. Harold Baer, Jr.

**NOTICE OF DISMISSAL**

      Plaintiff, J. Aron & Company, by its attorneys, hereby dismiss this action against Defendants Osyka Permian, LLC, Osyka Corporation and Michael F. Harness, with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Each party shall bear its own costs and attorneys' fees. This Notice of Dismissal has been filed before service by the Defendants of an answer or motion for summary judgment.

Dated: September 2, 2008

Respectfully submitted,

By:   /s/ Frank LaSalle
       Howard O. Godnick
       Jeffrey S. Sabin
       Frank J. LaSalle
       SCHULTE ROTH & ZABEL LLP
       919 Third Avenue
       New York, New York 10022
       (212) 756-2000
       howard.godnick@srz.com
       jeffrey.sabin@srz.com
       frank.lasalle@srz.com

*Attorneys for Plaintiff*